# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DAVID HALLAM**                                                                                   **PLAINTIFF,**

v.                                                            Case No. : 4:19cv76-BRW
                                                              Jury Demanded

**PAPER ROUTE EMPIRE, LLC, a**
**Tennessee Limited Liability Company,**
**ADOLPH THORNTON, JR. a/k/a**
**YOUNG DOLPH, MARKEYVIUS CATHEY**
**a/k/a KEY GLOCK, PAPER ROUTE TOURING,**
**LLC, A Tennessee Limited Liability Company,**
**JEREMEL "DADDYO" MOORE, GUTTA TV**
**PRODUCTION, LLC, an Arkansas Limited Liability**
**Company, and DEMARCUS ADAMS**                                                                    **DEFENDANTS.**

## CLERK'S ORDER FOR EXTENSION OF TIME
## TO FILE AND SERVE AN ANSWER

Separate Defendants, Paper Route Empire, LLC, Paper Route Touring, LLC, Adolph Thornton, Jr, Markeyvius Cathey and Jeremel Moore, by and through their counsel, Ronald C. Wilson, request with the agreement of Plaintiff's counsel, William Wooten, for an extension of time from the original due date of April 15, 2019 to April 25, 2019 to file and serve an answer to Plaintiff's Complaint pursuant to U.S. District Court, Local Rule 6.2.

Separate Defendants, Paper Route Empire, LLC, Paper Route Touring LLC, Adolph Thornton, Jr, Markeyvius Cathey and Jeremel Moore shall have until April 25, 2019 to file and serve an answer to Plaintiff's Complaint.

Dated this 12th day of April, 2019.

                                        Signed at the Direction of the Court
                                        JAMES W. McCORMACK, CLERK

                                        By: <u>Jake Kornegay, Deputy Clerk</u>



Ronald C. Wilson[1]
Terrance E. Tatum[1]

[1]Licensed in Tennessee
and Arkansas

**WILSON & ASSOCIATES, P.A.**

Hattie L. Tucker
Firm Administrator

Attorneys at Law

310 Mid Continent Plaza, Suite 110
West Memphis, AR 72301
P.O. Box 1299 • West Memphis, AR 72303
(870) 735-2940 • Fax (870) 732-0174

April 12, 2019

VIA EMAIL clerksoffice@ared.uscourts.gov

JAMES W MCCORMACK
U S DISTRICT COURT
600 WEST CAPITOL
ROOM A149
LITTLE ROCK AR 72201

RE: David Hallam vs. Paper Route Empire, LLC, et al
U.S. District Court No. 4:19cv76-BRW

Dear Mr. McCormack:

My office has recently been retained to represent Separate Defendants, Paper Route Empire LLC, Paper Route Touring LLC, Jeremel Moore, Markeyvius Cathey and Adolph Thornton, Jr., in the above-styled case. Furthermore, Plaintiff's counsel, Mr. William Wooten, and I have agreed to a ten (10) day extension, pursuant to U.S. District Court Local Rule 6.2, from the original response due date of April 15, 2019 to April 25, 2019 for Separate Defendants to file (serve) a responsive pleading (Answer) in regard to the Complaint filed in this matter. Attached you will find a proposed order for your consideration.

If you have questions or concerns, please let me know.

Sincerely,

**WILSON & ASSOCIATES, P.A.**

Ronald C. Wilson
Attorney at Law

RCW/hlt
Encl.

cc: Mr. William Wooten via E-Mail wawooten@gmail.com