**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| DAVID HALLAM, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>PAPER ROUTE EMPIRE, LLC, a )<br>Tennessee Limited Liability Compnay, )<br>ADOLPH THORNTON, JR a/k/a )<br>YOUNG DOLPH, MAREYVIUS CATHEY )<br>a/k/a KEY GLOCK, PAPER ROUTE TOURING, )<br>LLC, a Tennessee Limited Liability Company, )<br>JEREMEL "DADDYO" MOORE, GUTTA TV )<br>PRODUCTION, LLC, an Arkansas Limited )<br>Liability Company, and DEMARCUS ADAMS )<br>)<br>   Defendants. ) | Case No.: 4:19-CV-76-BRW<br><br>JURY DEMANDED |

**JOINT MOTION FOR SETTLEMENT CONFERENCE**

The parties, by and through their respective counsel, jointly move this Honorable Court for an Order authorizing the convening of a settlement conference by the Magistrate Judge, stating as follows:

1. Counsel for the Parties recently discussed the possibility of a settlement conference, and it was agreed that they would file a joint motion requesting that such a conference be convened.

2. Counsel have conferred about settlement parameters and determined that there is some possibility of settlement, and with the skilled intervention of the Magistrate Judge, the convening of a settlement conference would be necessary and appropriate to facilitate settlement and could preserve precious judicial resources.

1

WHEREFORE, the parties request that this Honorable Court enter an Order Authorizing the Magistrate Judge to conduct a settlement conference with the Parties, at such time as may fit the Magistrate Judge's schedule.

        Respectfully submitted,

        s/William A. Wooten
        William A. Wooten
        WOOTEN LAW OFFICE
        120 Court Square East
        Covington, Tennessee 38019
        (901) 475-1050
        (901) 234-0028/facsimile
        William@wootenlawoffice.com

        s/ Ronald Wilson
        Ronald Wilson
        Wilson & Associates, P.A.
        310 Mid Continent Plaza, Suite 110
        West Memphis, AR 723030
        870-735-2940

        s/ Jon Johnson
        Jon Johnson
        1500 West Main Street
        Jacksonville, AR 72076
        jon@jonjohnsonlawfirm.com

        s/ Harvey Harris
        Harvey Harris
        Harvey Harris Law Firm
        One Riverfront Place, Suite 413
        North Little Rock, AR 72114

## CERTIFICATE OF SERVICE

      I, William A. Wooten, hereby certify that on this the 3rd day of August, 2020, a true and correct copy of the foregoing has been mailed to each attorney and filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

RONALD WILSON
310 Mid Continent Plaza, Suite 110
West Memphis, AR 72303
esquirewilson@yahoo.com

Jon Johnson
1500 West Main Street
Jacksonville, AR 72076
Phone: 501-982-3135
jon@jonjohnsonlawfirm.com


Harvey Harris
Harvey Harris Law Firm
One Riverfront Place, Suite 413
North Little Rock, AR 72114


                                      s/William A. Wooten
                                      WILLIAM A. WOOTEN