IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID HALLAM | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No.: 4:19-CV-76-BRW** |
| | ) | |
| | ) | **JURY DEMANDED** |
| PAPER ROUTE EMPIRE, LLC, a | ) | |
| Tennessee Limited Liability Company, | ) | |
| ADOLPH THORNTON, JR. a/k/a | ) | |
| YOUNG DOLPH, MARKEYVIUS CATHEY | ) | |
| a/k/a KEY GLOCK, PAPER ROUTE TOURING, | ) | |
| LLC, a Tennessee Limited Liability Company, | ) | |
| JEREMEL "DADDYO" MOORE, GUTTA TV | ) | |
| PRODUCTION, LLC, an Arkansas Limited | ) | |
| Liability Company, and DEMARCUS ADAMS | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiff and Defendants request that this matter be dismissed with prejudice as follows:

1. Plaintiff filed his initial Complaint on January 31, 2019 and Defendants filed their Answer on April 24, 2019.

2. The Plaintiff and Defendants attended a settlement conference in Little Rock, Arkansas on September 22, 2020 at 10:00am held by the Honorable Judge J. Thomas Ray.

3. At a point subsequent to completion of the settlement conference, the Plaintiff and Defendants reached a full and final settlement agreement regarding all matters asserted in Plaintiff's original Complaint.

4. Plaintiff and Defendants request that the requirement of a separate memorandum be waived.

## RELIEF REQUESTED

This matter should be dismissed with prejudice regarding all claims made in Plaintiff's original Complaint and that a final order be entered with this Honorable Court dismissing all such claims.

Respectfully submitted,

s/William A. Wooten
William A. Wooten
WOOTEN LAW OFFICE
120 Court Square East
Covington, Tennessee 38019
(901) 475-1050
(901) 234-0028/facsimile
William@wootenlawoffice.com

s/Ronald Wilson
Ronald Wilson
Wilson & Associates, P.A.
310 Mid Continent Plaza, Suite 110
West Memphis, AR 72303

s/Harvey Harris
Harvey Harris
One Riverfront Place, Suite 413
North Little Rock, AR 72114

s/ Jon Johnson
Jon Johnson
1500 West Main Street
Jacksonville, AR 72076